[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-10898

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ANTWAN BENTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:20-cr-00022-RSB-CLR-3

_____

Before WILSON, BRANCH, and ANDERSON, Circuit Judges.

PER CURIAM:

D. Campbell Bowman, Jr., appointed counsel for Antwan Benton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Benton's conviction and sentence are **AFFIRMED**.